| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>May, Leigh M. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Georgia | 3. Date of Report<br><br>05/04/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

7. Chambers or Office Address

2167 United States Courthouse
75 Ted Turner Dr. SW
Atlanta, Ga 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Agreement with former law firm, which is currently named Butler, Wooten, and Peak, LLP, for payment of fees from work performed prior to judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | self-employed as an architect |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Georgia - Intellectual Property Section | September 15-18, 2016 | Amelia Island, FL | Speak at annual conference | Transportation, meals, hotel |
| 2. | Federal Judges Association | May 17-18, 2016 | Washington, DC | Attend board meeting | Transportation, meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. - Amgen Inc. - Stock | A | Dividend | J | T | Buy | 7/12/16 | J | | |
| 3. | | | | | Buy (add'l) | 11/2/16 | J | | |
| 4. - Bed Bath and Beyond - Stock | A | Dividend | J | T | Buy | 6/8/16 | J | | |
| 5. - Lowes Companies Inc. - Stock | B | Dividend | L | T | | | | | |
| 6. - Wal-Mart Stores Inc. - Stock | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 7. - Conoco Phillips - Stock | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. - Bank of Nova Scotia - Stock | A | Dividend | J | T | | | | | |
| 10. - Emerson Electric Company - Stock | A | Dividend | K | T | | | | | |
| 11. - Expeditors International of Washington - Stock | A | Dividend | J | T | | | | | |
| 12. - General Electric Company - Stock | A | Dividend | J | T | | | | | |
| 13. - Graco Inc. - Stock | A | Dividend | J | T | | | | | |
| 14. - Kirby Corp. - Stock | | None | J | T | | | | | |
| 15. - Advanced Auto Parts - Stock (PCP merged) | A | Dividend | J | T | Buy (add'l) | 11/17/15 | J | | |
| 16. - United Parcel Services - Stock | A | Dividend | J | T | | | | | |
| 17. - Apple Inc. - Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Linear Technology Corp. - Stock | A | Dividend | J | T | | | | | |
| 19. - Noble Group Ltd - Stock | | None | J | T | Redeemed (part) | 8/8/16 | J | | |
| 20. - PPG Industries - Stock | A | Dividend | J | T | Buy (add'l) | 10/13/16 | J | | |
| 21. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 22. - Robert Half International - Stock | A | Dividend | J | T | Buy (add'l) | 10/26/16 | J | | |
| 23. - Stepan Co. - Stock | A | Dividend | K | T | | | | | |
| 24. - Axcelis Technologies, Inc. - Stock | | None | J | T | Buy | 1/25/16 | J | | |
| 25. - Cardinal Health, Inc. - Stock | | None | J | T | Buy | 11/2/16 | J | | |
| 26. - Fuchs Petrolub - Stock | | None | J | T | Buy | 12/19/16 | J | | |
| 27. - Givaudan SA - Stock | | None | J | T | Buy | 12/23/16 | J | | |
| 28. - Nestle - Stock | | None | J | T | Buy | 4/29/16 | J | | |
| 29. - Novartis - Stock | | None | J | T | Buy | 11/7/16 | J | | |
| 30. - Marathon Value Portfolio - Mutual Fund | A | Dividend | L | T | Buy (add'l) | 1/7/16 | K | | |
| 31. - Weyerhauser - REIT (Plum Creek by merger) | A | Dividend | K | T | | | | | |
| 32. - AT&T Inc. 2.4% - Bond | A | Interest | | | Redeemed | 8/15/16 | K | | |
| 33. - AT&T Inc. 1.4% - Bond | | None | J | T | Buy | 12/22/16 | J | | |
| 34. - Avnet Inc. Senr Notes - Bond | A | Interest | | | Redeemed | 09/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Kinder Morgan Fin Co. - Bond | A | Interest | | | Redeemed | 1/5/16 | J | | |
| 36. - Mohawk Industries - Bond | A | Interest | | | Redeemed | 1/15/16 | J | | |
| 37. - Valspar Corp. - Bond | B | Interest | K | T | | | | | |
| 38. - CDK Global, Inc. - Bond | A | Interest | K | T | Buy | 8/29/16 | K | | |
| 39. - CF Industries - Bond | A | Interest | J | T | Buy | 9/2/16 | J | | |
| 40. - ConocoPhillips - Bond | B | Interest | | | Buy | 3/18/16 | K | | |
| 41. | | | | | Redeemed | 10/15/16 | K | | |
| 42. - Macy's Inc. - Bond | A | Interest | K | T | Buy | 7/18/16 | K | | |
| 43. - Omnicom Group, Inc. - Bond | A | Interest | | | Buy | 1/8/16 | J | | |
| 44. | | | | | Redeemed | 4/15/16 | J | | |
| 45. - Rohm and Haas Co. - Bond | A | Interest | J | T | Buy | 2/29/16 | J | | |
| 46. - Thermo Fisher SC - Bond | A | Interest | | | Buy | 1/13/16 | J | | |
| 47. | | | | | Redeemed | 4/19/16 | J | | |
| 48. - US Treasury Note - 2.0 2/15/23 | A | Interest | K | T | | | | | |
| 49. - US Treasury Note .625 2/15/17 | A | Interest | K | T | | | | | |
| 50. - FNMA Ser 2010-120 - Mortgage Backed Security | A | Interest | J | T | | | | | |
| 51. - FNMA Ser 785239 - Mortgage Backed Security | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Georgia Municipal Electric Authority - Bond | A | Interest | K | T | | | | | |
| 53. - Georgia Municipal Electric Authority RV 5.0 - Bond | A | Interest | | | Redeemed | 01/01/16 | J | | |
| 54. - Georgia Municipal Electric Authority RV 4.0 - Bond | A | Interest | | | Redeemed | 01/01/16 | J | | |
| 55. - Georgia State G.O. UTX 5.0 3/1/20 - Bond | | None | | | Redeemed | 3/1/16 | J | | |
| 56. - Canadian Natural 5.&%17F - Bond | A | Interest | K | T | Buy | 3/8/16 | K | | |
| 57. - Georgia State Road/Tollway Authority 5.0 6/1/16 - Bond | A | Interest | | | Redeemed | 6/1/16 | J | | |
| 58. - Thomasville, Georgia Hospital Authority - Bond | B | Interest | K | T | | | | | |
| 59. - Indiana State Municipal Power Agency - Bond | A | Interest | | | Redeemed | 01/01/16 | J | | |
| 60. - Maine State Housing Authority - Bond | A | Interest | K | T | | | | | |
| 61. - Michigan State Building Authority 10/15/21 - Bond | | None | | | Redeemed | 10/15/16 | K | | |
| 62. - Missouri State Municipal Electric - Bond | A | Interest | | | Redeemed | 1/1/16 | J | | |
| 63. - Alvin, Texas School District - Bond | A | Interest | | | Redeemed | 02/15/16 | J | | |
| 64. - Fort Bend County, Texas - Bond | A | Interest | K | T | | | | | |
| 65. - New Caney, Texas School District - Bond | A | Interest | | | Redeemed | 2/15/16 | J | | |
| 66. - Sienna Plantation, Texas - Bond | A | Interest | K | T | | | | | |
| 67. - Beckton Dickinson - Bond | A | Interest | | | Buy | 1/8/16 | K | | |
| 68. | | | | | Redeemed | 11/8/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Philadelphia, PA Authority IDA - Bond | A | Interest | | | Buy | 1/29/16 | K | | |
| 70. | | | | | Redeemed | 12/1/16 | J | | |
| 71. - Omaha NE Public Power District - Bond | A | Interest | K | T | Buy | 2/9/16 | K | | |
| 72. - Agilent Technologies - Bond | A | Interest | K | T | Buy | 3/9/16 | K | | |
| 73. - Safeway, Inc. - Bond | | None | J | T | Buy | 9/2/16 | J | | |
| 74. - Doubline Low Duration Bond Fund Class N - Mutual Fund | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 75. - BHP Billiton Finance - Bond | | None | J | T | Buy | 8/24/16 | J | | |
| 76. - Agrium Inc. 7.7%17F - Bond | A | Interest | K | T | Buy | 2/4/16 | K | | |
| 77. - Schwab Advisor Cash and Money Market Fund | B | Interest | K | T | | | | | |
| 78. IRA # 1 | | | | | | | | | |
| 79. - Apple, Inc. - Stock | | | J | T | Buy | 12/6/16 | J | | |
| 80. - Polaris Industries Inc - Stock | A | Dividend | J | T | | | | | |
| 81. - Emerson Electric Company - Stock | A | Dividend | J | T | | | | | |
| 82. - Fastenal Company - Stock | A | Dividend | J | T | | | | | |
| 83. - Nestle SA Sponsored ADR - Stock | | | J | T | Buy | 11/23/16 | J | | |
| 84. - PPG Industries - Stock | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 85. - Robert Half International, Inc. - Stock | A | Dividend | J | T | Buy | 10/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - St. Jude Medical, Inc. - Stock | A | Dividend | J | T | Buy | 8/30/16 | J | | |
| 87. - Carnival Corporation - Bond | A | Interest | | | Redeemed | 02/5/16 | J | | |
| 88. - DDR Corp. - Bond | A | Interest | | | Redeemed | 3/15/16 | J | | |
| 89. - Embraer Overseas Ltd - Bond | A | Interest | J | T | | | | | |
| 90. - Freeport McMoran 2.3 11/14/17 - Bond | A | Interest | J | T | | | | | |
| 91. - Greif Brothers Note - Bond | A | Interest | J | T | | | | | |
| 92. - International Paper - Bond | B | Interest | K | T | | | | | |
| 93. - Mondelez International - Bond | A | Interest | | | Redeemed | 2/9/16 | J | | |
| 94. - Newell Rubbermaid - Bond | A | Interest | J | T | | | | | |
| 95. - Verizon Communications - Bond | A | Interest | J | T | | | | | |
| 96. - Weyerhaeuser Co. - Bond | B | Interest | J | T | | | | | |
| 97. - Yum Brands, Inc. - Bond | A | Interest | | | Redeemed | 4/15/16 | J | | |
| 98. - FHLMC 1.5 2/11/25 - Bond | A | Interest | | | Redeemed | 02/11/16 | J | | |
| 99. - JP Morgan and Chase - Bond | | None | J | T | Buy | 12/16/16 | J | | |
| 100. - Eaton Corp. - Bond | A | Interest | J | T | Buy | 4/5/16 | J | | |
| 101. - Thermo Fisher SC - Bond | A | Interest | | | Buy | 2/29/16 | K | | |
| 102. | | | | | Redeemed | 4/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Jarden, Corp. - Bond | A | Interest | | | Buy | 3/16/16 | J | | |
| 104. | | | | | Redeemed | 4/15/16 | J | | |
| 105. - Anadarko Petroleum - Bond | A | Interest | | | Buy | 3/1/16 | J | | |
| 106. | | | | | Redeemed | 5/2/16 | J | | |
| 107. - Viacom, Inc. - Bond | A | Interest | | | Buy | 5/19/16 | K | | |
| 108. | | | | | Redeemed | 11/14/16 | K | | |
| 109. - Unum Group - Bond | B | Interest | | | Buy | 5/25/16 | K | | |
| 110. | | | | | Redeemed | 09/30/16 | K | | |
| 111. - National Rural Utility - Bond | A | Interest | J | T | Buy | 7/22/16 | J | | |
| 112. - Toronto-Dominion Bank - Bond | A | Interest | J | T | Buy | 10/13/16 | J | | |
| 113. - AGCO Corp. - Bond | A | Interest | J | T | Buy | 11/4/16 | J | | |
| 114. - Marathan Value Portfolio - Mutual Fund | A | Dividend | K | T | Buy (add'l) | 10/12/16 | K | | |
| 115. - Charles Schwab Cash Account | A | Interest | K | T | | | | | |
| 116. IRA # 2 | | | | | | | | | |
| 117. - US Bancorp - Stock | A | Dividend | | | Sold | 12/7/16 | K | | |
| 118. - Intel Corp. - Stock | A | Dividend | J | T | | | | | |
| 119. - American Century Global Gold Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Marathan Value Portfolio - Mutual Fund | A | Dividend | K | T | | | | | |
| 121. - Greif Brothers Notes - Bond | A | Interest | J | T | | | | | |
| 122. - Cabot Corp. - Bond | A | Interest | | | Buy | 1/21/16 | J | | |
| 123. | | | | | Redeemed | 9/27/16 | J | | |
| 124. - Doubline Low Duration Bond Fund Class N - Mutual Fund | A | Dividend | J | T | Buy | 6/14/16 | J | | |
| 125. - Schwab Advisor Cash and Money Market Fund | A | Interest | K | T | | | | | |
| 126. | | | | | | | | | |
| 127. Bank of America Cash Accounts | A | Interest | L | T | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leigh M. May**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544